UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BANK OF NEW YORK MELLON,<br><br>Plaintiff,<br><br>v.<br><br>NEVADA ASSOCIATION SERVICES, INC., *et al.*,<br><br>Defendants. | Case No. 2:16-cv-00370-APG-PAL<br><br>**ORDER DENYING MOTION TO DISMISS WITHOUT PREJUDICE**<br><br>(ECF No. 32) |

In light of the stay entered in this case (ECF No. 31),

IT IS ORDERED that defendant Parkside Village Homeowners' Association's motion to dismiss **(ECF No. 32) is DENIED** without prejudice to re-file after the stay is lifted.

DATED this 8th day of September, 2016.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE