**LEACH KERN GRUCHOW ANDERSON SONG**
**SEAN L. ANDERSON**
Nevada Bar No. 7259
**RYAN D. HASTINGS**
Nevada Bar No. 1239
sanderson@lkglawfirm.com
rhastings@lkglawfirm.com
2525 Box Canyon Drive
Las Vegas, Nevada 89128
Telephone: (702) 538-9074
Facsimile: (702) 538-9113
*Attorneys for Defendant Parkside Village Homeowners' Association*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON, | Case No.: 2:16-cv-00370-APG-BNW |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER EXTENDING THE TIME FOR PARKSIDE VILLAGE HOMEOWNERS' ASSOCIATION TO FILE ITS REPLY [ECF 63]** |
| NEVADA ASSOCIATION SERVICES, INC.; PARKSIDE VILLAGE HOMEOWNERS' ASSOCIATION; WILLISTON INVESTMENT GROUP LLC; DOES I through X, INCLUSIVE AND ROE CORPORATIONS I THROUGH X, INCLUSIVE, | |
| Defendants. | |

Defendant Parkside Village Homeowners' Association (the "Association"), and Plaintiff, The Bank of New York Mellon (the "Bank")(Collectively, the "Parties"), through counsel of record, hereby stipulate and agree as follows:

1. On June 10, 2019, this Court issued an Order granting in part the Association's Motion for Summary Judgment, denying in part the Bank's Motion for Summary Judgment, and granting in part Williston Investment's Motion for Summary Judgment [ECF No. 62].

2. On June 20, 2019, the Association filed a Motion for Reconsideration [ECF No. 63].

3. On July 17, 2019, the Bank filed a Response to the Motion for Reconsideration [ECF No. 69]. The Association's reply is currently due July 24, 2019.

4. The Association's counsel, Mr. Hastings, will be out of the jurisdiction from July 20, 2019 to July 27, 2019.

5. In light of the above, the Parties have agreed to a two week extension up to and including **August 7, 2019**, for the Association to file its Reply.

6. This is the Parties' first request of this extension and is not intended to cause any delay or prejudice to any party.

## ORDER

**IT IS SO ORDERED** this 23rd day of July, 2019.

_____
U.S. District Judge

Agreed to by:

| **Leach Kern Gruchow Anderson Song** | **Akerman, LLP** |
|---|---|
| */s/ Ryan D. Hastings* | */s/ Natalie L. Winslow* |
| Sean L. Anderson<br>Nevada Bar No. 7259<br>Ryan D. Hastings<br>Nevada Bar No. 12394<br>2525 Box Canyon Drive<br>Las Vegas, NV 89128<br>*Attorneys for Parkside Village Homeowners' Association* | Darren T. Brenner<br>Nevada Bar No. 8386<br>Natalie L. Winslow<br>Nevada Bar No. 12125<br>1635 Village Center Circle, #200<br>Las Vegas, NV 89134<br>*Attorneys for The Bank of New York Mellon* |