**LEACH KERN GRUCHOW ANDERSON SONG**
**SEAN L. ANDERSON**
Nevada Bar No. 7259
RYAN D. HASTINGS
Nevada Bar No. 1239
sanderson@lkglawfirm.com
rhastings@lkglawfirm.com
2525 Box Canyon Drive
Las Vegas, Nevada 89128
Telephone:   (702) 538-9074
Facsimile:    (702) 538-9113
*Attorneys for Defendant Parkside*
*Village Homeowners' Association*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| THE BANK OF NEW YORK MELLON, | Case No.: 2:16-cv-00370-APG-BNW |
| Plaintiff, | |
| vs. | **REQUEST FOR EXCEPTION** |
| NEVADA ASSOCIATION SERVICES, INC.; PARKSIDE VILLAGE HOMEOWNERS' ASSOCIATION; WILLISTON INVESTMENT GROUP LLC; DOES I through X, INCLUSIVE AND ROE CORPORATIONS I THROUGH X, INCLUSIVE, | |
| Defendants. | |

Pursuant to this Court's August 6, 2019 Order Scheduling Settlement Conference, Defendant Parkside Village Homeowner's Association ("Association") respectfully request an exception to the Settlement Conference Attendance requirements.

The Association is insured pursuant to a policy of insurance by Great American Insurance Group. The insurance policy provides only for the Association's cost of defense in this matter. As such, Great American is not required to cover any settlement amounts which may be agreed to at the upcoming settlement conference. Additionally, counsel for the Association and a representative from the Association's Board of Directors will be in attendance with any settlement authority Great American may chose to authorize. Therefore, any potential resolution at the settlement conference will not be adversely affected by the absence of a Great American

representative at the settlement conference. For these reasons, the Association respectfully requests an exemption from the attendance requirements as set fort in this Court's August 6, 2019 Order Scheduling a Settlement Conference.

DATED this 4th day of October, 2019.

**LEACH KERN GRUCHOW ANDERSON SONG**

*/s/ Ryan D. Hastings*
Sean L. Anderson
Nevada Bar No. 7259
Ryan D. Hastings
Nevada Bar No. 12394
2525 Box Canyon Drive
Las Vegas, Nevada 89128
*Attorneys for Defendant Parkside Village Homeowners' Association*

**CERTIFICATE OF SERVICE**

Pursuant to FRCP 5(b), the undersigned, an employee of LEACH KERN GRUCHOW ANDERSON SONG, hereby certified that on the 4th day of October, 2016, she served a true and correct copy of the foregoing, **REQUEST FOR EXCEPTION** to all parties via CM/ECF.

| | |
|---|---|
| Natalie Winslow, Esq.<br>AKERMAN, LLP<br>1635 Village Center Circle, #200<br>Las Vegas, NV 89134<br>natalie.winslow@akerman.com<br>*Attorney for Bank of New York Mellon* | Luis A. Ayon, Esq.<br>**AYON LAW, PLLC**<br>8716 Spanish Ridge Avenue, #115<br>Las Vegas, NV  89148<br>Phone:  (702) 62-7900<br>laa@ayonlaw.com<br>*Attorney for Williston Investment Group, LLC* |

*/s/ Yalonda Dekle*
An employee of LEACH KERN GRUCHOW ANDERSON SONG

**LEACH KERN GRUCHOW ANDERSON SONG**
**SEAN L. ANDERSON**
Nevada Bar No. 7259
RYAN D. HASTINGS
Nevada Bar No. 1239
sanderson@lkglawfirm.com
rhastings@lkglawfirm.com
2525 Box Canyon Drive
Las Vegas, Nevada 89128
Telephone: (702) 538-9074
Facsimile: (702) 538-9113
*Attorneys for Defendant Parkside Village Homeowners' Association*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON,<br><br>Plaintiff,<br><br>vs.<br><br>NEVADA ASSOCIATION SERVICES, INC.; PARKSIDE VILLAGE HOMEOWNERS' ASSOCIATION; WILLISTON INVESTMENT GROUP LLC; DOES I through X, INCLUSIVE AND ROE CORPORATIONS I THROUGH X, INCLUSIVE,<br><br>Defendants. | Case No.: 2:16-cv-00370-APG-BNW<br><br>**ORDER** |

THIS MATTER having come before the Court on a Request for Exemption and good cause appearing,

IT IS HEREBY ORDERED that a representative from the Association's insurance carrier, Great American Insurance Group, will not be required to attend the settlement conference currently scheduled to take place on October 29, 2019.

DATED this 8th day of October, 2019.

_____
U.S. MAGISTRATE JUDGE WEKSLER